

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00013-CV

Crimson Exploration, Inc., et al.
v.
Magnum Producing L. P.

On appeal from the
25th District Court of Lavaca County, Texas
Trial Cause No. 10-11-21591-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED AS MODIFIED by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 28, 2017